KATHARINE BALDWIN BLISS et al., surviving executors, &c., complainants-appellants,

*v.*

KATHARINE BALDWIN BLISS et al., defendants-respondents.

[Decided January 25th, 1940.]

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellants.

*Mr. John D. McMaster* and *Mr. Walter J. Freund,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Kays, and reported in *126 N. J. Eq. 308.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.

*For reversal*—None.